I concur in the main opinion. I write separately to note that I do not read footnote 5 of the main opinion as holding that because a case falls within one of the five categories of cases listed in Rule 39(a)(1), Ala. R.App. P., as to which this Court may consider petitions for writs of certiorari, the petitioner need not have taken whatever steps otherwise would have been necessary to preserve for appellate review the alleged error in the lower court. Under the particular circumstances presented in this case, and after carefully considering the arguments made to the Court of Criminal Appeals, I believe the alleged error has been adequately preserved for our review.
In addition, I note that the parties (as in some previous cases before this Court) consider a recent decision of this Court as "newly discovered evidence" under Rule 32.1(e), Ala. R.Crim. P. For purposes of future cases, however, I question whether a decision or an opinion of this Court constitutes "evidence" or "facts" within the contemplation of Rule 32.1(e).